UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-80448 CIV-MARRA

MAGISTRATE JUDGE WHITE

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

FILED by _____ D.C.

MAR 19 2009

STEVEN M. LARIMORE
CLERK U S DIST. CT.
S. D. of FLA. - MIAMI

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **09-80448 CIV-MARRA**

WILLIAM GRANT SANDERS
(Enter the full name of the plaintiff in this action)

MAGISTRATE JUDGE
**WHITE**

v.

GEO/ARMOR CORRECTIONAL HEALTH SERVICES INC.
VICKY BRACKIN RN. HEALTH SVC. Admin.
Doctor PIERRE DORSAINVIL
Doctor JOSE BLANDON
Doctor GARY BEAUZILE

(Above, enter the full name of the defendant(s) in this action)

### A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat/div 1983/WPB
Case # 09CV80448
Judge KAM   Mag PAW
Motn Ifp Yes   Fee pd $ -0-
Receipt # _____

Page 1 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

**I.  Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.  Name of plaintiff: William Grant Sanders

Inmate #: 594475  County Jail-Jacket # 0054791

Address: P.O. Box 24716 West Palm Beach, FL. 33416

Cell block South 10-D

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.  Defendant: GEO/Armor Correctional Health Services Inc.

is employed as Medical provider for County Jail

at Palm Beach County Jail 3228 Gun Club Rd. W.P.B. FLA. 33406

C.  Additional Defendants: Vicky Brackin RN Health Service Administrator for GEO/Armor Correctional Health Svc. Inc. at the Palm Beach County Jail.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

<u>Dr. Pierre Dorsainvil, Dr. Gary Beauzile and Dr. Jose Bladon are Doctors employed by GEO/Armor Correctional H. Svc. Inc. at the Palm Beach County Jail</u>

## II. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

<u>(1) On 3/22/07 while surrendering to the State on a (5) year DOC sentence to the Palm Beach County Jail I was evaluated by nurseaide Gordon who took my vital signs and discovered; my blood pressure was 74 over 49, enlarged heart, borderline diabetic and High blood Pressure, also withdrawing from Crack Cocaine</u>

<u>(2) On 3/24/07 at approx. 4am I was transported to the clinic with chest pain from cell E6C, after the nurseaide took my vitals the Regestered Nurse was called in, Nurse Ceja then conducted a EKG test on me, after repeating the test to confirm her findings she informed me I had a Heart Attack, then alerted the Doctor on call,</u>

Continued from pg. 3

## Statement of Claim

(1) - who instructed her to give me nitro and send me back to my cell, the RN requested for me to be moved from that hostile cell, I was then moved from E6C on the floor to W-1-A on the floor, and on 3/26/07 moved back to E6C.

(3) From April of 2007 to September of 2008 I was told, I was under chronic care monitoring because of my enlarged heart, high blood pressure and being diagnosed as a borderline diabetic cause all three conditions effected me; I went from Dr. Dorsainvil to Dr. Bladon to Dr. Beauzile in the course of 17 months, Xray's, examinations and request was done, but most was ignored, the rest brushed off dispite the symptoms surrounding my heart, each Doctor that examined me confessed that they was unsure of my situation, before being passed on to another Doctor I was asked how long would I be here by each Dr., symptoms of chest pain, loss of breath, inflamation in my chest, head aches, numbness in toes, among a few. (Continually occuring)

(4) Until September of 2008 when I was seen by Dr. Bergenger who examined me and reviewed my chart, then ordered blood test and a E.K.G. and once again RN nurse Ceja conducted the EKG test;

Continued from pg. 3
(2)

Statement of Claim

The test result showed a heart rate of "39" and this rate was not stable, it was also extremely low. Once I was called back to the clinic for follow up I was seen by Dr. Beauzile and a Nurse Practitioner (name Nina Gaminara ARNP) but they both examined me and agreed the diagnosis was, I had a serious heart problem and should be referred to a Cardiologist for further evaluation; (which was the same abnormal result

(5) In mid Nov. approx. the 12th, 2008 I went to the appointment with the Cardiologist Dr. Melhado, but he was not provided with any information about my medical history, yet he still conducted an examination in which the results showed I possiblily had a clogged artery in my heart, but more test would be scheduled to diagnose my condition: on 11-24-08 comfirmation of a Clogged Artery by Dr. Mauricio Melhado MD F.A.C.C.

(Note) From March 22, 2007 to September of 2008 no action was taken, even though there was evidence in my diagnosis that showed malfunctions and required attention: (also positive test of tubuculosis)

Kevin Comeau #0115717 and Howard Davis #020134 also ID #20080605116 had heart problems and had no problems, they were in my cell S-10-0.

CONT.

(6) On 1-15-09 I went to the clinic to see Dr. Beauzile, because of a sick call complaint that was pass on to the Doctor by the nurse, the reason was bleeding from the nose, severe headaches, eyes burning, blurred vision along with basic cold symptoms, upon seeing the Doctor I was not examined, until I pressed him to look at my nose I was told then the reason for my nose bleeding was cocaine use, even though I have been in Jail for 22 months, at the end of the meeting I was told by the doctor he would change my diet (I requested) from Bland to 2400 diabetic diet and I would monitor the bleeding, well after I left he changed my diet to 3800 high Calorie diet and took me off the 81 mg. Asprin, which he was aware I was seeing a Cardiologist because he helped set up the consultation, this act placed me at a higher risk of having a Heart Attack, because if as I gain weight my blood pressure go's up and without the blood thinner increased change of a blood clot.

I sent request after request and even went down to the clinic to correct this error, finally my diet was changed to 2400 but the Asprin was never restored.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

I was told RN Vicky Brackin the Health Service Administrator is in charge of authorizing any outside appointments. (Referred to) Cardiology Partners at 3347 State Road 7 ste 203 Wellington Fl. 33449 under Doctor Mauricio Melhado MD. F.A.C.C. Ph# (561) 793-6100 Fax 793-1974

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be properly diagnosed, and adequately treated when and if needed as long as I am incarcerated and to be compensated for any and all pain and suffering I endured, mentally, physically and emotionally from my rights being violated. (complete assistance to outside Doctors) Also eliminate all previous accumilated debt from medical. (release from payment)
"Fact is I could have died from the neglect that the Doctor's and Medical chose not to act on."

### IV. Jury Demand

Do you demand a jury trial? ☑ Yes  ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ___15___ day of ___March___, 20_09_

_William H. Sanders_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: ___3/15/09___

_William Grant Sanders_
(Signature of Plaintiff)

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST

- [ ] A-Shift Mid Night Shift
- [ ] B-Shift Day Shift
- [x] C-Shift Evening Shift

Shift Request Submitted

- [x] MAIN DETENTION CENTER
- [ ] STOCKADE
- [ ] WEST COUNTY DETENTION

- [ ] Colonel of Corrections / Coronel de Correcciones / Kolonèl koreksyon
- [ ] Commanding Officer / Oficial de Mando / Ofisye siperyè
- [ ] Public Defender / Defensor Público / Avoka defans piblik
- [ ] Notary Service / Servicio de Notario / Sèvis notè
- [ ] Classification / Clasificación / Klasifikasyon
- [ ] Property / Propiedad / Pwopriyete
- [ ] Canteen / Cantina / Kantin
- [ ] Inmate Records/Court Information / Registro de Reclusos/Información de Corte / Dosye prizonye / enfòmasyon sou jijman
- [x] Other: **Medical Supervisor** / Otro / Lòt

- [ ] Programs / Programas / Pwogram
- [ ] Law Library / Biblioteca de Leyes / Bibliotèk jidisyè
- [ ] Educational Program / Programas Educacionales / Pwogram edikasyonèl
- [ ] AA/NA Meetings / Reuniones de / Reyinyon AA/NA
- [ ] Life Skill Dorm / Dormitorio de Aprendices de oido / Dòmitwa pou aprantisaj nesesè nan lavi
- [ ] Drug Dorm / Dormitorio de Drogadictos / Dòmitwa dwòg (SAAP)
- [ ] Drug Farm / Finca de Drogadictos / Reyadaptasyon dwòg

RELIGIOUS SERVICES

- [ ] Chaplain / Capellán / Chaplen
- [ ] Bible / Estudio Bíblico / Li labib
- [ ] Spanish Church Service / Servicio en Español / Legliz panyòl
- [ ] Catholic Church Service / Servicio Católico / Legliz katolik
- [ ] Jewish Service / Servicio, Judío / Legliz jyif
- [ ] Jehovah's Witness / Testigo de Jehovah / Temwen jewova
- [ ] Muslim Prayer / Oración Musulmana / Priyè miziliman
- [ ] Non Denominational Church / Iglesia de No-Denominación / Legliz san denominasyon
- [ ] Request for Bible / Pedido de Biblia / Demann pou labib

---

Name (Print): **William Sanders**
Date Of Birth: **11-15-58**
Date: **10-23-08**    Jacket #: **0050 71**    Pouch #: **422**    Housing Unit: **S-10-D**

### State the reason for submitting this request:

I have been having problems with my "heart" every since 3-24-07 when I had an attack, finally the new Doctor gave me an ~~exam~~ examination a few weeks ago and ordered a EKG because of what he found, and told me he would call me back down afterward to discuss this issue with me, now I have been asking the male nurses to check for me, but have been ignored and brushed off! Please look into this matter. Thank you!

### Official Response:

You will soon be seen in the Clinic.

Official's Name (Print): PHEBE DIXON, RN
Official's Signature: [signed]
Date: 10/27/08

PBSO #0072 REV. 09/06

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST

- [ ] A-Shift Mid Night Shift
- [x] B-Shift Day Shift
- [ ] C-Shift Evening Shift

Shift Request Submitted

- [x] MAIN DETENTION CENTER
- [ ] STOCKADE
- [ ] WEST COUNTY DETENTION

- [ ] **Colonel of Corrections** / Coronel de Correcciones / Kolonèl koreksyon
- [ ] **Commanding Officer** / Oficial de Mando / Ofisye siperyè
- [ ] **Public Defender** / Defensor Público / Avoka defans piblik
- [ ] **Notary Service** / Servicio de Notario / Sèvis notè
- [ ] **Classification** / Clasificación / Klasifikasyon
- [ ] **Property** / Propiedad / Pwopriyete
- [ ] **Canteen** / Cantina / Kantin
- [ ] **Inmate Records/Court Information** / Registro de Reclusos/Información de Corte / Dosye prizonye / enfòmasyon sou jijman
- [x] **Other** / Otro / Lòt: Medical Supervisor

- [ ] **Programs** / Programas / Pwogram
- [ ] **Law Library** / Biblioteca de Leyes / Bibliotèk jidisyè
- [ ] **Educational Program** / Programas Educacionales / Pwogram edikasyonèl
- [ ] **AA/NA Meetings** / Reuniones de / Reyinyon AA/NA
- [ ] **Life Skill Dorm** / Dormitorio de Aprendices de oido / Dòmitwa pou aprantisaj nesesè nan lavi
- [ ] **Drug Dorm** / Dormitorio de Drogadictos / Dòmitwa dwòg (SAAP)
- [ ] **Drug Farm** / Finca de Drogadictos / Reyadaptasyon dwòg

RELIGIOUS SERVICES:
- [ ] **Chaplain** / Capellán / Chaplen
- [ ] **Bible** / Estudio Bíblico / Li labib
- [ ] **Spanish Church Service** / Servicio en Español / Legliz panyòl
- [ ] **Catholic Church Service** / Servicio Católico / Legliz katolik
- [ ] **Jewish Service** / Servicio, Judío / Legliz jyif
- [ ] **Jehovah's Witness** / Testigo de Jehovah / Temwen jewova
- [ ] **Muslim Prayer** / Oración Musulmana / Priyè miziliman
- [ ] **Non Denominational Church** / Iglesia de No-Denominación / Legliz san denominasyon
- [ ] **Request for Bible** / Pedido de Biblia / Demann pou labib

Name (Print): William Sanders
Date Of Birth: 11-15-1958
Date: 10-31-08
Jacket #: 0054791
Pouch #: 422
Housing Unit: 5-10-D

**State the reason for submitting this request:**

Dear Ms. Dixon;
 I was seen on 10/29/08 by Dr. Brazeil and the Nurse Prac[titioner] and it was determined and confirmed that my situation with my heart was indeed serious, and I should be examined by a specialist, yet it would be discussed with Dr. Dorsonville and called back afterward. Well I was called on 10/30/08 but while in transport to the clinic I was scratched from the list, and no reason was given. I have been requesting to be seen by a specialist since May of 07, Please respond. Thank You!

**Official Response:**

Mr. Sanders Dr. Beauzile ordered your Cardiology consult 10/29/08 - you will be seen in the near future. May '07 is when you were incarcerated, not ordered a consult.

PHEBE DIXON, RN
Official's Name (Print)

Official's Signature
Date: 11-5-08

PBSO #0072 REV. 09/06

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
## INMATE REQUEST

- [ ] A-Shift Mid Night Shift
- [ ] B-Shift Day Shift
- [x] C-Shift Evening Shift

Shift Request Submitted

- [x] MAIN DETENTION CENTER
- [ ] STOCKADE
- [ ] WEST COUNTY DETENTION

- [ ] Colonel of Corrections / Coronel de Correcciones / Kolonèl koreksyon
- [ ] Commanding Officer / Oficial de Mando / Ofisye siperyè
- [ ] Public Defender / Defensor Público / Avoka defans piblik
- [ ] Notary Service / Servicio de Notario / Sèvis notè
- [ ] Classification / Clasificación / Klasifikasyon
- [ ] Property / Propiedad / Pwopriyete
- [ ] Canteen / Cantina / Kantin
- [ ] Inmate Records/Court Information / Registro de Reclusos/Información de Corte / Dosye prizonye / enfòmasyon sou jijman
- [x] Other / Otro / Lòt: **Medical Supervisor Ms. Dixon**

- [ ] Programs / Programas / Pwogram
- [ ] Law Library / Biblioteca de Leyes / Bibliotèk jidisyè
- [ ] Educational Program / Programas Educacionales / Pwogram edikasyonèl
- [ ] AA/NA Meetings / Reuniones de / Reyinyon AA/NA
- [ ] Life Skill Dorm / Dormitorio de Aprendices de oido / Dòmitwa pou aprantisaj nesesè nan lavi
- [ ] Drug Dorm / Dormitorio de Drogadictos / Dòmitwa dwòg  (SAAP)
- [ ] Drug Farm / Finca de Drogadictos / Reyadaptasyon dwòg

RELIGIOUS SERVICES
- [ ] Chaplain / Capellán / Chaplen
- [ ] Bible / Estudio Bíblico / Li labib
- [ ] Spanish Church Service / Servicio en Español / Legliz panyòl
- [ ] Catholic Church Service / Servicio Católico / Legliz katolik
- [ ] Jewish Service / Servicio, Judío / Legliz jyif
- [ ] Jehovah's Witness / Testigo de Jehovah / Temwen jewova
- [ ] Muslim Prayer / Oración Musulmana / Priyè mizilman
- [ ] Non Denominational Church / Iglesia de No-Denominación / Legliz san denominasyon
- [ ] Request for Bible / Pedido de Biblia / Demann pou labib

---

**Name (Print):** William Sanders
**Date Of Birth:** 11-15-1958
**Date:** 11-7-08  **Jacket #:** 0054791  **ch #** 422  **Housing Unit:** 5-10-D

**State the reason for submitting this request:**

I apollogize for bothering you yet, it seems I've had some issues attack me all at once, I was~~ ~~ on a Cardiac diet when I first came in, because of complications my diet was changed to Bland - with No tomato Products and my problems lessened, the Doctor changed it, now my diet has been changed without me even having an evaluation or taking to the Doctor, also being prescribed medication without any one seeing if I need that medication, instead of not feeding me tomatos, they are forcing me to take more ~~ ~~ medication after it makes me sick. Thank You!

**Official Response:**

I have reviewed your record, you were seen 10/29/08 w/ a Chronic care clinic visit, and prescribed medication, you should have lab work if not done already very soon. I refaxed your Bland diet to the kitchen. We cannot not give you tomatoes if you are allergic.

**PHEBE DIXON, RN** — Official's Name (Print)   I.D. #   Official's Signature   **11-10-08**

PBSO #0072 REV. 09/06

☐ A-Shift Mid Night Shift
☒ B-Shift Day Shift
☐ C-Shift Evening Shift
Shift Request Submitted

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

☒ MAIN DETENTION CENTER   ☐ STOCKADE   ☐ WEST COUNTY DETENTION

(submitted to D/S Sinclare)

Log number: _____

Name: William Sanders #0054791   Housing Unit: 5/0 D   Date: 12-22-08

Nature of Grievance: I filed a Grievance approx around the 8th-12th of Nov. and the grievance was loged in (11-13-08) and returned to me unprocessed from medical, I then appealed to the next stage (11-18-08) but as of 11-22-08 I have recieved no answer so I am going to the next stage this grievance is concerning treatment of my

(You may use reverse side if more space is needed)   ☒ (More information on back)

Have you attempted an informal resolution to this problem? ☒ Yes  ☐ No   filed Grievance 1st and 2nd stag
If yes, with whom and when? spoke with the dorm officers on 4-12 shift

Date received: _____.   Grievance Coordinator: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Date: _____

Response: _____

_____ _____ _____ _____
Investigating Officer's Name (Print)   I.D. #   Investigating Officer's Signature   Date

Nature of Appeal: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Date: _____
Commanding Officer's Response: _____

_____ _____ _____ _____
Commanding Officer's Name (Print)   I.D. #   Commanding Officer's Signature   Date

PBSO #0248 REV. 10/05

Nature of Appeal: I was evaluated and a problem was located and more test was ordered, on 11-24-08 a confirmation of a clogged Artery diagnosis was given to me by the Dr. Mauricio Melhado M.D. and he informed me a sergical procedure would be conducted to assist my heart, also he would be able to see clearly. I was suppose to be scheluded to return to his office since 11-24-08 but have not as of yet, but my grievance was not returned at all from the second stage since 11-18-08 which should have had no more than 30 days, Please Respond my Health is at stake here.

I find your grievance to be ❏ valid, ❏ partially valid, or ❏ not valid.    Date:_____

Major's Response: _____

_____
Major's Name (Print)        I.D. #        Major's Signature        Date

Additional Information: My heart, I am appealing to the Major Kneisley, because I found out my appeal should have went to the commanding officer which was addressed to the Major, but it was never returned, so I am now addressing this grievance to the Major. Upon entering the Jail my blood pressure was abnormal, the medical neglected me, on 8-24-07 I suffered a heart attack at 4am, and this was also neglected, dispite symptoms from April of 07 to September of 08 along with request to be seen by a specialist I was neglected, until Dr. Bergenger seen me and ordered test which prove once more I should be seen by a Cardiologist, then a consultation was ordered, I went but Medical sent no medical history, and the Dr. had no clue why I was there. ↑

Grievance Coordinator's Use Only:

District Code:_____    Topic Code:_____    Disposition:_____

☐ A-Shift Mid Night Shift
☐ B-Shift Day Shift
☒ C-Shift Evening Shift
Shift Request Submitted

# PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### INMATE GRIEVANCE PROCEDURE

☒ MAIN DETENTION CENTER ☐ STOCKADE ☐ WEST COUNTY DETENTION

Log number: _____

Name: William Sanders #0054791  Housing Unit: S10 D  Date: 11-22-08

Nature of Grievance: I filed a grievance on 11-10-08 after being informed that I had a serious Heart problem, inwhich I had been trying to get a proper diagnosis and treatment on, the Medical Staff have neglected to give me, dispite all the symptoms and requests I made over the pass 17 months, now finally it is revealed and at that time the Administrator's kept putting it off, (to see a specialist)

(You may use reverse side if more space is needed)  ☒ (More information on back)

Have you attempted an informal resolution to this problem? ☒ Yes ☐ No
If yes, with whom and when? Continually requesting verbally and in writting to Medical Staff

Date received: _____  Grievance Coordinator: _____

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Date: _____

Response: _____

Investigating Officer's Name (Print) | I.D. # | Investigating Officer's Signature | Date

(Stage 2 complete)   (submitted to D/s Matthews)

Nature of Appeal: The Original Grievance was returned to me 11-18-08, ther was no response on it, but it had been logged in on 11/13/08 and a log number was issued, also the name Medical was abreviated at the bottom of the page under the Commanding officer's signature I appealed, placing Major Kneisley's name on it, but it should have went to the Commanding officer, but the grievance was not returned as of 12/2.

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.  Date: _____

Commanding Officer's Response: _____

Commanding Officer's Name (Print) | I.D. # | Commanding Officer's Signature | Date

PBSO #0248 REV. 10/05

(Submitted to ? ?????)

Nature of Appeal: The Original Grievance was never returned nor given an investigation or answered, it has been 33 days since the 18th of November, beyond the required amount of time for a response therefore in accordence with Grievance Procedure, I can proceed to the next stage which is appeal to you Sir the Major, since 11/12/0? I visited Dr. Melhado (Cardiologist) and test were done, a clogged artery was confirmed and I was advised a procedure was scheduled but it seems I am being delayed again hoping I would be going to So. FLA. but my trial was postponed again, I don't know if they are waiting after Christmas or not, but this my life and health

I find your grievance to be ☐ valid, ☐ partially valid, or ☐ not valid.   Date:_____

Major's Response: _____

_____

Major's Name (Print) _____  I.D. # _____  Major's Signature _____  Date _____

Additional Information: After the request the original grievance, cause I could have died and they are still playing the same game with my life, hoping I would be transfered to So. Fla. prison and they would not have to deal with this issue, I surrendered to the Court on a (5) year sentence in D.O.C. which entittle me to be taken care of, it should not be based on how long I'm here if I need examining or treatment especially if my symptoms show complications of my heart or other vital organs, which was (1) high blood pressure, (2) diagnosis of borderline diabeties, (3) inflamation in chest on Xrays, which also could be contributed to testing positive for Tuberculosis which could have ~~also~~ contributed to the problem with my heart. seeking help to get proper treatment and diagnosis was my motivation for writting this grievance. (Stage 1 complete)

Grievance Coordinator's Use Only:

District Code:_____   Topic Code:_____   Disposition:_____