UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80448-CIV-MARRA/WHITE

WILLIAM GRANT SANDERS,

Plaintiff,

vs.

ARMOR CORRECTIONAL HEALTH
SERVICES ET AL.,

Defendants.
_____/

**ORDER**

This cause is before the Court upon Plaintiff's Petition to Amend Order of Judgment (DE 9). The Court has carefully considered the Petition and is otherwise fully advised in the premises.

Plaintiff seeks relief from the Order permitting him to proceed in forma pauperis, which allowed him relief from prepayment of the court's filing fee but established a debt to the Clerk of $350.00. (DE 3.) The establishment of the debt, which Plaintiff challenges, is governed by statute and the Court cannot release Plaintiff from his obligation to pay this filing fee. See 28 U.S.C. §§ 1915(b)(1) and (2).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Petition to

Amend Order of Judgment (DE 9) is **DENIED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of May, 2010.

_____
KENNETH A. MARRA
United States District Judge